# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>   v.<br>MARIA LOPEZ,<br><br>                Defendant(s).<br>_____/ | No. C 10-03574 LB<br><br>**ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF CALIFORNIA** |

On August 12, 2010, Defendant Maria Lopez removed this action from Sacramento Superior Court to the United States District Court for the Northern District of California. Notice of Removal, ECF No. 1. Pursuant to 28 U.S.C. § 1446, a defendant seeking to remove a civil action from state court must file a notice of removal in the federal district court for the district within which the action is pending. Because this lawsuit was originally filed in Sacramento Superior Court, the proper venue for Defendant to file her Notice of Removal is the District Court for the Eastern District of California. *See* E.D. Cal. Civil L. R. 120(d). Accordingly, the Court transfers this matter to the Eastern District of California, Sacramento Division.

**IT IS SO ORDERED.**

Dated: August 24, 2010

                                                             _____<br>
                                                             LAUREL BEELER<br>
                                                             United States Magistrate Judge

Order Transferring Action
C 10-03574